In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00044-CR
_____

ANDREA CHRISTINE FOLKERS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 4
Montgomery County, Texas
Trial Cause No. 15-303511

## MEMORANDUM OPINION

Andrea Christine Folkers has filed a motion to dismiss her appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on December 27, 2016
Opinion Delivered December 28, 2016
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.